**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MIGUEL ANGEL ESTRADA-DE LA VEGA,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON et al.<br><br>Respondents. | Case No. 5:26-cv-05253-JGB-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ACCEPTED**.

2. The Petition for Writ of Habeas Corpus (Dkt. 1) is **GRANTED IN PART** as to Petitioner's claim that continued detention is no longer authorized by 8 U.S.C. § 1231(a)(6).

3. Petitioner's ninth and tenth causes of action are **DENIED WITHOUT PREJUDICE** to their renewal if ICE designates a third country of removal.

4. All other requests for relief in the Petition are **DENIED WITHOUT PREJUDICE.**

5. Petitioner's Motion for Appointment of Counsel (Dkt. 3) is **DENIED AS MOOT.**

6. Judgment shall be entered accordingly.

Date: October 27, 2026

JESUS G. BERNAL
United States District Judge