JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

MIGUEL ANGEL ESTRADA-DE LA VEGA,

Petitioner,

v.

JOSHUA JOHNSON et al.

Respondents.

Case No. 5:26-cv-05253-JGB-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus (Dkt. 1) is **GRANTED IN PART** to the extent that Petitioner's continued detention is no longer authorized by 8 U.S.C. § 1231(a)(6).

2. Petitioner's ninth and tenth causes of action are **DISMISSED WITHOUT PREJUDICE.**

///

///

///

///

3. All other requests for relief in the Petition are **DENIED WITHOUT PREJUDICE.**

Date: October 27, 2026

JESUS G. BERNAL
United States District Judge